454 A.2d 172

Commonwealth v. Hayes, Appellant.

Petition for Allowance of Appeal
Denied March 2, 1983.

Submitted April 14, 1982. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.